Decided February 18, 1895.

MILLER *v.* BARLOW.

APPEAL from Clackamas: THOS. A. McBRIDE, Judge.

Plaintiff appealed.

*Mr. E. F. Driggs,* for appellant.

*Messrs. C. D. Latourette* and *C. H. Dye,* for respondent.

PER CURIAM.   On motion the appeal herein is dismissed.